UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAINE RICE,

    Plaintiff,

v.

                                      Case No. 1:23-cv-5

MICHAEL HENDERSON, et al.,
                                      Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On December 5, 2024, Magistrate Judge Berens issued a Report and Recommendation (R&R) recommending that Defendants' motion for summary judgment be granted (ECF No. 31). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on January 2, 2025. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment is **GRANTED**.

A judgment will issue in accordance with this order.

Date:   January 21, 2025                     /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF U.S. DISTRICT JUDGE